UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 JAN 18 A 11: 34

DANA E. LAING

PLAINTIFF

05 CV 10107 MLW

V.

McCRACKEN FINANCIAL SOFTWARE, INC.
Noel M. Webster, President

DEFENDANT

CIVIL NO.

RECEIPT #_____
AMOUNT $_____
SUMMONS ISSUED_____
LOCAL RULE 4.1_____
WAIVER FORM_____
MCF ISSUED_____
BY DPTY. CLK.__M.P.__
DATE__1/18/05__

**COMPLAINT**

MAGISTRATE JUDGE__MBB__

**I. Nature of Case**

This is an action brought by the plaintiff, Dana Laing, against a former employer, McCracken Financial Software, Inc., alleging that his employment was unlawfully terminated due to his federal grand jury service. (Jury System Improvements Act) Protection of Jurors' Employment, 28 U.S.C. § 1875 (1978).

In this action the plaintiff seeks monetary damages for lost wages and other employment benefits as well as declaratory relief, including but not limited to an order to reinstate the plaintiff to employment and to enjoin the defendant from taking any further action to discharge, threaten to discharge or intimidate the plaintiff by reason of his grand jury service.

**II. Jurisdiction**

**Existence of a Federal Act**

The action arises under (Jury System Improvements Act) Protection of Jurors' Employment, 28 U.S.C. § 1875.

**Diversity of Citizenship and Amount**

Jurisdiction of this Court is invoked by diversity of citizenship, 28 U.S.C. § 1332 and 28 U.S.C. §§ 2201 and 2202 and the pendant jurisdiction of this court. The matter in controversy exceeds, exclusive of interest and costs, the sum specified by 28 U.S.C. § 1332.

### III. Parties

The plaintiff, Dana E. Laing, is and was at all times relevant herein a resident of the Commonwealth of Massachusetts and was employed by the defendant-company, McCracken Financial Software, Inc., in Billerica, Massachusetts.

The defendant, McCracken Financial Software, Inc., is a Billerica, Massachusetts based unit of GMAC Commercial Holding Corporation incorporated in the State of Delaware. The defendant provides software for commercial mortgage service and maintains an office at 8 Suburban Park Drive, Billerica, Massachusetts 01821.

### IV. Claim for Relief

In January 2000 the plaintiff was hired full time as a programmer by the defendant, McCracken Financial Software, Inc., in Billerica, Massachusetts. During his period of employment the plaintiff was offered increasingly more responsible duties and responsibilities culminating in the plaintiff being the sole means of implementation and support for over five hundred users/clients that contracted and paid for monthly access and support through the application program, Canaveral System. New customers and accounts were frequently being added. All customer service issues for this system were referred to the plaintiff.

The plaintiff was the only employee to build, setup and maintain the Canaveral disaster recovery access system that several customers actively contracted for and that had to be tested yearly. The plaintiff was responsible for each and every one of these tests. The plaintiff was the webmaster for the McCracken Financial Software, Inc. web site, that was the primary means of customer communication for all issues. During his course of employment the plaintiff received good performance reviews, and quite recently his salary was increased with a performance bonus.

On or about April 29, 2004 Dana Laing was empanelled as an alternate juror for a grand jury sitting for the United States District Court for the District of Massachusetts. The plaintiff had advised his supervisors that he would be unavailable the 29th of April 2004 because of his grand jury service.

By a letter dated May 21, 2004 from the court plaintiff was advised that he had been called to serve as a regular grand juror. The plaintiff advised his supervisors that he would be required to serve as a grand juror Wednesdays for approximately one year, amounting to some four hundred hours. On April 29th, June 2nd and June 16th 2004, the plaintiff served on the grand jury. His supervisors were so notified of this service. The plaintiff submitted to his supervisors all the relevant documents: the summons and attendance slips for his grand jury service. The plaintiff has continued to serve on the grand jury.

After over four years, of completely satisfactory and competent performance that enabled the defendant to increase its volume of business and its profit, the plaintiff was summarily terminated. On June 15, 2004 the president of the defendant company, Noel M. Webster, told the plaintiff that his employment was to be terminated effective

immediately. The stated reason was that his employment had to be terminated due to a decrease in the volume of the company's business.

In terminating the plaintiff's employment the defendant willfully, knowingly and intentionally discriminated against the plaintiff on the sole basis of his federal grand jury service. As a result of the defendant's willful, knowing and intentional action against the plaintiff, the plaintiff has sustained and continues to sustain substantial loses in his earnings, retirement benefits and other employment related benefits: all in excess of two hundred fifty thousand dollars. The plaintiff requests leave of the court to amend this amount when the damages are more fully ascertained.

WHEREFORE, the plaintiff prays for:

1. A monetary judgment against the defendant for lost wages, retirement benefits and any employment benefits, including health insurance, savings programs and 401(k) plans and any earned vacation days for his years of seniority in effect when the plaintiff's employment was terminated and which the plaintiff would have earned had he not been so terminated, together with interest on this amount from the plaintiff's date of termination.

2. A declaratory judgment to reinstate the plaintiff to his former position of employment at the defendant-company, McCracken Financial Software, Inc., in Billerica, Massachusetts.

3. A declaratory judgment that enjoins the defendant from any further violations of the Protection of Jurors' Employment, 28 U.S.C. § 1875, against the plaintiff by threatening to discharge or intimidating the plaintiff by reason of his grand jury service.

4. An entry of an award to the plaintiff of such other and further relief as this court deems just and proper.

Respectfully submitted

By: *[signature]*

Lois M. Lewis
Attorney for Dana Laing
74 Fuller Terrace
West Newton, MA 02465
Tel: (617) 969-4854
BBO # 298580

Jury Trial Request

Under Fed. R. Civ. P. 38 the plaintiff requests a jury trial for all issues properly before a jury.

By: *[signature]*
Lois M. Lewis

%JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Laing, Dana E.

**DEFENDANTS**
McCracken Financial Software, Inc.

FILED IN CLERK'S OFFICE

**(b)** County of Residence of First Listed Plaintiff ___Essex___
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant ___Middlesex___
(IN U.S. PLAINTIFF CASES ONLY)

2005 JAN 18 A 11:38

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

U.S. DISTRICT COURT DISTRICT OF MASS

**(c)** Attorney's (Firm Name, Address, and Telephone Number) Law Office of Lois Lewis, 74 Fuller Terrace, West Newton, Ma. 02465 Tel: (617) 969-4854

Attorneys (If Known)

05 10107 MLW

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|   | PTF | DEF |   | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 330 Federal Employers' Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 340 Marine / PERSONAL PROPERTY | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☒ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / Habeas Corpus: | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | | | |
| | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity) 28 U.S.C. s. 1875
Brief description of cause: Juror employment issue

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 250,000

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions) JUDGE _____ DOCKET NUMBER _____

DATE 01-18-05

SIGNATURE OF ATTORNEY OF RECORD
Lois Lewis

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP  X  JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) __Dana Laing v. McCracken Financial Software, Inc.__

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   ☐ I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   ☒ II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.
   *Also complete AO 120 or AO 121 for patent, trademark or copyright cases

   ☐ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.

   ☐ IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.

   ☐ V.   150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

   __N/A__

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

   YES ☐   NO ☒

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)

   YES ☐   NO ☒

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

   YES ☐   NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

   YES ☐   NO ☒

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

   YES ☒   NO ☐

   A. If yes, in which division do all of the non-governmental parties reside?

      Eastern Division ☒    Central Division ☐    Western Division ☐

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

      Eastern Division ☐    Central Division ☐    Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

   YES ☐   NO ☒

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __Lois Lewis__
ADDRESS __74 Fuller Terrace, West Newton, MA 02465__
TELEPHONE NO. __(617) 969-4854__

(Coversheetlocal.wpd - 10/17/02)