UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 JAN 18  A 11: 34

U.S. DISTRICT COURT
DISTRICT OF MASS.

DANA E. LAING
    Plaintiff

V.

McCRACKEN FINANCIAL SOFTWARE, INC.
    Defendant

CIVIL ACTION NO.

05 CV 10107 MLW

## MOTION TO PROCEED WITHOUT PREPAYMENT OF FILING FEES AND COSTS
## UNDER CRIMINAL JUSTICE ACT § 18 U.S.C. 3006A

Having established probable cause that the plaintiff, Dana Laing, had been terminated from employment due to his grand jury service, 28 U.S.C. § 1875 Protection of Jurors' Employment, the court, Lindsay, J., appointed undersigned counsel. MBD 04-10266.

As counsel was unable to resolve the employment issue through discussion with the employer, counsel requests to file the attached complaint without filing fees or costs, 18 U.S.C. § 3006A and 28 U.S.C. § 1875.

Dated: January 18, 2005

DANA LAING

By: *[signature]*

Lois M. Lewis
Attorney for Dana Laing
74 Fuller Terrace
West Newton, MA 02465
Tel: (617) 969-4854
BBO # 298580