UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
DANA E. LAING,                      )
     Plaintiff,                     )
                                    )
         v.                         )   C.A. No. 05-10107-MLW
                                    )
McCRACKEN FINANCIAL SOFTWARE, INC., )
     Defendant.                     )
                                    )
```

ORDER

WOLF, D.J.                                              March 15, 2005

On January 18, 2005, counsel for plaintiff Laing filed a Motion to Proceed Without Prepayment of Filing Fees and Costs Under Criminal Justice Act 18 U.S.C. §3006A. Laing alleges that he was terminated from employment due to his grand jury service in violation of 28 U.S.C. §1875. Finding probable merit in the plaintiff's claim, Judge Lindsay appointed counsel pursuant to 28 U.S.C. §1875(d)(1). MBD 04-10266. Plaintiff now seeks to file his complaint without prepayment of fees. Under 28 U.S.C. §1875, counsel appointed by the court "shall be compensated and necessary expenses repaid to the extent provided by the section 3006A of title 18, United States Code." 18 U.S.C. §3006A(d)(1) provides that "[a]ttorneys may be reimbursed for expenses reasonably incurred...." There is no provision in either statute for proceeding without prepayment of filing fees.

Plaintiff may, however, file an Application to Proceed Without

1

Prepayment of Fees and Affidavit pursuant to 28 U.S.C. §1915, demonstrating his inability to prepay the filing fees and costs associated with his complaint. Plaintiff's Motion to Proceed Without Prepayment of Filing Fees and Costs Under Criminal Justice Act 18 U.S.C. §3006A (Dkt. No. 2) is therefore DENIED without prejudice to the filing of an application under 28 U.S.C. §1915. A copy of the application is attached to this Order.

         /s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE

✏AO 240  (Rev. 10/03)

# UNITED STATES DISTRICT COURT

**District of** _____

_____                                          **APPLICATION TO PROCEED**
Plaintiff                                               **WITHOUT PREPAYMENT OF**
                                                        **FEES AND AFFIDAVIT**
V.

                                                        CASE NUMBER:
Defendant

I, _____ declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant            ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☐ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _____ Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    ☐ Yes    ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment        ☐ Yes    ☐ No
   b. Rent payments, interest or dividends                 ☐ Yes    ☐ No
   c. Pensions, annuities or life insurance payments       ☐ Yes    ☐ No
   d. Disability or workers compensation payments          ☐ Yes    ☐ No
   e. Gifts or inheritances                                ☐ Yes    ☐ No
   f. Any other sources                                    ☐ Yes    ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

4.  Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☐ No

    If "Yes," state the total amount. _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☐ No

    If "Yes," describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

_____   _____
Date                                              Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.