UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>  DANA E. LAING                        </u>,
       Plaintiff,

   v.         Civil Action No. 05-10107-MLW

<u>MCcRACKEN FINANCIAL SOFTWARE, INC.</u>,
       Defendant.

<u>ORDER ON APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES</u>

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:  GRANTED.

SO ORDERED.

<u>  March 16, 2005     </u>       <u>  /s/ Mark L. Wolf                        </u>
DATE            UNITED STATES DISTRICT JUDGE