```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

DANA E. LAING,                  )
          Plaintiff             )
                                )
     v.                         )  C.A. No. 05-10107-MLW
                                )
McCRACKEN FINANCIAL SOFTWARE, INC.
          Defendant.            )
```

ORDER FOR SERVICE BY U.S. MARSHAL

On March 15, 2005, the Court allowed plaintiff's Application to Proceed Without Prepayment of Fees.  The United States Marshals Service will be directed to serve the summons and complaint as provided by plaintiff's counsel with all costs of service to be advanced by the United States.

Accordingly, it is hereby

ORDERED, the United States Marshal shall serve a copy of the summons, complaint, and this order upon defendant(s) as directed by plaintiff with all costs of service to be advanced by the United States.

Dated at Boston, Massachusetts, this 22nd day of March, 2005

                              /s/ Mark L. Wolf
                              MARK L. WOLF
                              UNITED STATES DISTRICT JUDGE