# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| **PLAINTIFF** Dana E. Laing | **COURT CASE NUMBER** 05-10107 MLW |
| **DEFENDANT** McCracken Financial Software, Inc. | **TYPE OF PROCESS** Summons |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Noel Webster, President

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

8 Suburban Park Drive, Billerica, MA 01821

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Attorney Lois Lewis
74 Fuller Terrace
West Newton, MA 02465

| | |
|---|---|
| Number of process to be served with this Form - 285 | one |
| Number of parties to be served in this case | one |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT   TELEPHONE NUMBER (617) 969-4854   DATE 04-01-05

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 4/5/05 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Noel Webster

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service 4/6/05   Time 1:01 pm

Signature of U.S. Marshal or Deputy

| Service Fee 112.50 | Total Mileage Charges (including endeavors) 14.60 | Forwarding Fee — | Total Charges 127.10 | Advance Deposits — | Amount owed to U.S. Marshal or — | Amount of Refund — |
|---|---|---|---|---|---|---|

REMARKS:  2.5 hr

PRIOR EDITIONS MAY BE USED    1. CLERK OF THE COURT    FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Massachusetts

Dana E. Laing,
Plaintiff,

V.

McCracken Financial Software, Inc.
Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C.A. No. 05-10107-MLW

TO: (Name and address of Defendant)

McCracken Financial Software, Inc.
8 Suburban Park Drive
Billerica, MA 01801

Noel Webster, President

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lois M. Lewis
74 Fuller Terrace
West Newton, MA 02465

an answer to the complaint which is herewith served upon you, within _____ twenty (20) _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Sarah A. Thornton                                    March 21, 2005
CLERK                                                DATE

(By) DEPUTY CLERK