UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 APR 27 P 5: 32

U.S. DISTRICT COURT
DISTRICT OF MASS

|  |  |
|---|---|
| DANA E. LAING, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Case No. 05-10107-MLW |
| McCRACKEN FINANCIAL SOFTWARE, INC., | ) ) ) ) |
| Defendant. | ) ) |

### DEFENDANT'S DISCLOSURE OF INTERESTED PARTIES

Pursuant to Fed.R.Civ.P. 7.1, Defendant, McCracken Financial Software, Inc., certifies that it is a wholly-owned subsidiary of GMAC Commercial Holding Corp., which is not a publicly-traded corporation, and there are no publicly held corporations who own 10% or more of McCracken Financial Software, Inc.'s stock.

Respectfully submitted,

McCRACKEN FINANCIAL SOFTWARE, INC.
By Its Attorneys,

_____
Jeffrey W. Moss, BBO# 552421
Morgan, Lewis & Bockius LLP
225 Franklin Street, Suite 1705
Boston, Massachusetts  02110
Tel:   617.451.9700

Dated: April 27, 2005

1-BO/100760.1

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above-referenced document(s) was served upon the attorney(s) of record, on 4/27 , by:
(___) hand; (___) fax; (___) email; (✓) U.S. mail
_____
FEDEX