UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANA E. LAING,<br><br>          Plaintiff,<br><br>v.<br><br>McCRACKEN FINANCIAL SOFTWARE, INC.,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 05-10107-MLW<br>)<br>)<br>)<br>)<br>)<br>) |

FILED
CLERKS OFFICE

2005 APR 27  P 5:32

U.S. DISTRICT COURT
DISTRICT OF MASS

FILING FEE PAID:
RECEIPT # 63828
AMOUNT $ 10.00
BY DPTY CLK
4/28/05

## MOTION TO ADMIT
## NON-RESIDENT ATTORNEY *PRO HAC VICE*

I, Jeffrey W. Moss, of the law firm of Morgan, Lewis & Bockius LLP, counsel for defendant, McCracken Financial Software, Inc., hereby move for the admission *Pro Hac Vice* of Attorneys Michael L. Banks and Michael J. Eagles of Morgan, Lewis & Bockius LLP in Philadelphia, Pennsylvania, pursuant to L.R. 83.5.3(b). The Affidavits of Attorneys Banks and Eagles are submitted herewith in support of this motion.

                                                Respectfully submitted,

                                                McCRACKEN FINANCIAL SOFTWARE, INC.
                                                By Its Attorneys,

                                                /s/ Jeffrey W. Moss
                                                Jeffrey W. Moss, BBO# 552421
                                                Morgan, Lewis & Bockius LLP
                                                225 Franklin Street, Suite 1705
                                                Boston, Massachusetts 02110
                                                Tel:   617.451.9700

Dated: April 27, 2005

1-BO/100735.1

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above-referenced document(s) was served upon the attorney(s) of record, on 4/27 , by:
(__) hand; (__) fax; (__) email; (__) U.S. mail

_____