UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 APR 27  P 5: 32

U.S. DISTRICT COURT
DISTRICT OF MASS

|  |  |
|---|---|
| DANA E. LAING,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>McCRACKEN FINANCIAL<br>SOFTWARE, INC.,<br><br>　　　　　　Defendant. | Case No. 05-10107-MLW |

### AFFIDAVIT OF MICHAEL J. EAGLES
### OFFERED IN SUPPORT OF
### MOTION TO ADMIT NON-RESIDENT ATTORNEY *PRO HAC VICE*

I, Michael J. Eagles, hereby apply to the Court for permission to appear and participate in the above-entitled action on behalf of defendant, McCracken Financial Software, Inc., by whom I have been retained, and state:

1. I am an associate with the law firm of Morgan, Lewis & Bockius LLP, 1701 Market Street, Philadelphia, Pennsylvania 19103. My telephone number is: 215.963.5183.

2. I have been retained by the defendant, McCracken Financial Software, Inc., in this matter.

3. I am admitted and a member in good standing of the bars of the Supreme Court of New Jersey, the Supreme Court of Pennsylvania, the United States Courts of Appeals for the Third Circuit and the United States District Courts for the District of New Jersey and the Eastern District of Pennsylvania.

4.   I have never been disciplined, suspended, disbarred or subjected to criminal charges in any jurisdiction in which I am a member of the bar.

5.   I am familiar with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Massachusetts.

6.   McCracken Financial Software, Inc. requested that I represent its interests in this matter. It would create serious and substantial hardship for McCracken Financial Software, Inc, if I were not allowed to appear and represent it as its counsel in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Michael J. Eagles

SUBSCRIBED AND SWORN TO
before me this 25th day of April, 2005

_____
Notary Public: ANNETTE LOPRESTI

My Commission Expires: _____

```
Notarial Seal
Annette Lopresti, Notary Public
City Of Philadelphia, Philadelphia County
My Commission Expires June 24, 2006
Member, Pennsylvania Association Of Notaries
```