UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DANA E. LAING,

    Plaintiff,

v.

McCRACKEN FINANCIAL
SOFTWARE, INC.,

    Defendant.

Case No. 05-10107-MLW

### NOTICE OF APPEARANCE

I, Jeffrey W. Moss, hereby enter my appearance on behalf of the defendant, McCracken Financial Software, Inc.

Respectfully submitted,

McCRACKEN FINANCIAL SOFTWARE, INC.
By Its Attorneys,

Jeffrey W. Moss, BBO# 552421
Morgan, Lewis & Bockius LLP
225 Franklin Street, Suite 1705
Boston, Massachusetts 02110
Tel:   617.451.9700

Dated: April 27, 2005

1-BO/100734.1

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above-referenced document(s) was served upon the attorney(s) of record, on 4/27 , by: (__) hand; (__) fax; (__) email; (✓) U.S. mail FEDEX