UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

DANA E. LAING,

           Plaintiff,

    v.                                    Case No. 05-10107-MLW

McCRACKEN FINANCIAL
SOFTWARE, INC.

           Defendant.

---

## CERTIFICATION OF DEFENDANT MCCRACKEN FINANCIAL SOFTWARE, INC.

      Pursuant to Local Rule 16.1 of the United States District Court for the District of Massachusetts, Defendant McCracken Financial Software, Inc. ("McCracken") hereby submits the following certification:

      The undersigned counsel and Noel Webster, McCracken's President, hereby certify that they have conferred: (a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of this litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

| MCCRACKEN FINANCIAL SOFTWARE, INC.<br>By Its Attorneys, | MCCRACKEN FINANCIAL SOFTWARE, INC.<br>By Its Authorized Representative, |
|---|---|
| /s/ Jeffrey W. Moss<br>Jeffrey W. Moss, BBO #552421<br>Morgan Lewis & Bockius LLP<br>225 Franklin Street, Suite 1705<br>Boston, Massachusetts 02110<br>Tel.: 617.451.9700<br>Dated: 9/7/05 | /s/ Noel Webster<br>Noel M. Webster, President<br><br><br><br><br>Dated: 9/7/2005 |