UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DANA E. LAING

    Plaintiff

    V.                                    CIVIL NO. 05-10107-MLW

McCRACKEN FINANCIAL SOFTWARE, INC.

    Defendant

## CERTIFICATION OF CONSULTATION BY PLAINTIFF DANA LAING

Pursuant to Local Rule 16.1 of the United States District Court for the District of Massachusetts, the plaintiff, Dana Laing, through counsel, submits the following certification:

Undersigned court appointed counsel and the plaintiff, Dana Laing, hereby certify they have conferred: (a) about establishing a budget for the costs of conducting the full courses-and various alternative courses-of the litigation; and (b) have discussed the resolution of the litigation through the use of alternative dispute resolution such as those set forth in Local Rule 16.4.

Signed: September 8, 2005

/s/ Dana Laing                                    /s/ Lois Lewis

Dana Laing                                      Lois Lewis
Plaintiff                                         Attorney for Plaintiff Dana Laing
                                               74 Fuller Terrace
                                               West Newton, MA 02465
                                               Tel: (617) 969-4854
                                               BBO # 298580