UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DANA E. LAING, <br><br> Plaintiff, <br><br> v. <br><br> McCRACKEN FINANCIAL SOFTWARE, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 05-10107-MLW |

**ASSENTED TO MOTION**
**TO CONTINUE SETTLEMENT CONFERENCE**

Defendant, McCracken Financial Software, Inc. ("McCracken") moves to continue the settlement conference, currently scheduled for October 18, 2005 at 2:30 p.m., to November 16, 2005 at 2:30 p.m. McCracken requests this continuance because the conference was scheduled by counsel and the Court without knowledge of the parties' availability. The principals with settlement authority for McCracken have previously scheduled out-of-state business and will not be able to attend the currently scheduled conference. The Court clerk informed McCracken that the Court is available on November 16, 2005.

Pursuant to Local Rule 7.1, counsel for Defendant, Jeffrey W. Moss, has spoken with counsel for Plaintiff, Lois Lewis, and she has assented to this motion.

McCracken requests that the Court grant this assented to motion.

        Respectfully submitted,

        McCRACKEN FINANCIAL SOFTWARE, INC.
        By Its Attorneys,


        */s/ Jeffrey W. Moss*
        Jeffrey W. Moss, BBO No. 552421
        MORGAN, LEWIS & BOCKIUS LLP
        225 Franklin Street, Suite 1705
        Boston, Massachusetts  02110
        Tel:    617.451.9700

        Michael L. Banks (admitted *pro hac vice*)
        Michael J. Eagles (admitted *pro hac vice*)
        MORGAN, LEWIS & BOCKIUS LLP
        1701 Market Street
        Philadelphia, Pennsylvania  19103
        Tel:    215.963.5387/5183

Dated:  October 12, 2005

ASSENTED TO:


*/s/ Lois M. Lewis*
Lois M. Lewis
74 Fuller Terrace
Boston, Massachusetts   02465
Tel:    617.969.4854

Attorney for Plaintiff

1-BO/101049.1