UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DANA E. LAING,
        Plaintiff,

v.                                       CIVIL ACTION
                                        NO.   05-10107-MBB

McCRACKEN FINANCIAL
SOFTWARE, INC.,
        Defendant.

## ORDER OF DISMISSAL

NOVEMBER 16, 2005

**BOWLER, U.S.M.J.**

The court having been advised that the above-entitled action has been settled;

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice and without costs. Upon good cause shown, any party may move to reopen the action within sixty (60) days if settlement is not consummated.

/s/ Marianne B. Bowler
**MARIANNE B. BOWLER**
United States Magistrate Judge